The Law Office of Barry E. Janay, P.C.
Barry E. Janay (BJ9311)
33 Maiden Lane, 9th Floor
New York, NY 10038
Telephone: 646-652-6206
Facsimile: 208-693-6720

Zeynel Karcioglu, Esq.
Zeynel Karcioglu (ZMK 7931)
36 East 20th St. 6th Fl.
New York, NY 10003
Telephone: 212.505.6933
Facsimile: 646.219.4517

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

ATRIUM GROUP DE EDICIONES Y
PUBLICACIONES, S.L., FRANCISCO
ASENSIO,

                Plaintiffs

              v.

HARRY N. ABRAMS, INCORPORATED,
JOHN DOES 1-10

              Defendants.

**08 CV 01569**

**COMPLAINT**

JURY TRIAL
DEMANDED

       Plaintiffs Atrium Group De Ediciones Y Publicaciones, S.L. and Francisco Asensio by

their attorneys Zeynel Karcioglu, Esq. and The Law Office of Barry E. Janay, P.C., as and for

their complaint against Defendants allege on their own knowledge, and also upon information

and belief, as follows:

**NATURE OF THE ACTION**

1.      Plaintiffs bring this action as a result of Defendant Harry N. Abrams, Incorporated misappropriation and infringement of Plaintiffs intellectual property and to stop the Defendants from continuing to copy and profit from, and encourage and enable others to copy and profit from the infringement of Plaintiff's copyrights, trademarks, and trade dress throughout the United States, North America and over the Internet. Defendant has misappropriated the content, photos, trade dress and layout of various books which were the work of the Plaintiff. Defendant revised an already existing English translation of these works, submitted them to the U.S. Copyright Office under false pretenses, indicating that they owned rights in the works when in fact they did not. Defendant then profited by distributing the books en masse through retail outlets such as Amazon.com, Barnes & Noble Booksellers, Borders Bookstores, and others. Plaintiffs seek injunctive relief, monetary and other appropriate relief arising under the Copyright Act of 1976, as amended,, 17 U.S.C. §§ 1010, *et seq*., the Lanham Act, as amended, 15 U.S.C. §§ 1051, *et seq*., and New York common law and General Business Laws.

## THE PARTIES

2.      Plaintiff Atrium Group De Ediciones Y Publicaciones, S.L. (hereinafter "Atrium") is a corporation organized and duly existing under the laws of Spain, having its principal address located at Edificios Trade Gran Vía Carlos III, 84, 3ª, 08028 Barcelona, SPAIN.

3.      Plaintiff Francisco Asensio ("Asensio") is an individual citizen of Spain. His primary residence is located at Edificios Trade Gran Vía Carlos III, 84, 3ª, 08028 Barcelona, SPAIN.

4.      Defendant Harry N. Abrams, Incorporated ("Abrams") is a New York domestic business corporation whose principal executive office is located at 100 Fifth Avenue, New York, NY 10011-6903, Defendant Harry N. Abrams, Incorporated also has significant operations located at 115 West 18th St., 6th Floor, New York, NY10011-4113.

5.    Upon information and belief, John Does 1-10 are various individuals and entities responsible for selling and aiding others in the promotion of selling misappropriated works of the Plaintiffs.

## JURISDICTION AND VENUE

6.    The Court has jurisdiction over this action pursuant to 28 U.S.C. § 1331, §1338, and §1367 as the present case arises under the Lanham Act, 15 U.S.C. § 1051 *et seq.,* as amended, the Copyright Act, 17 U.S.C. 101, *et* seq. as amended, and further arises under claims of false designation of origin, trade dress infringement, and unfair competition under the common law of the State of New York and as is hereinafter more fully described.

7.    Defendants are incorporated in, have their headquarters in, and transact business within the City and State of New York, and, upon information and belief, New York City is the situs of the actions giving rise to the Plaintiffs claims.

8.    Venue is appropriate in this judicial district pursuant to 28 U.S.C. § 1400(a), and/or 1391(b) and (c), as each of the Defendants resides in, and/or a substantial portion of the events giving rise to the claims herein arose within this judicial district.

## FACTS COMMON TO ALL CAUSES OF ACTION

9.    Plaintiff Atrium is a corporation owned and operated by Plaintiff Francisco Asensio. Atrium is an independent publisher specializing in high-quality books about architecture, design, furniture and decoration. Atrium produces its books and licenses the rights

to other publishers to produce them around the world in various languages such as English, Spanish and French.

10.    Asensio is a Spanish individual, and the author of many books licensed by Atrium. Asensio authored the works, "New Architecture: An International Atlas," "International Beach Houses," at issue in this action. Oscar Asensio, a Spanish individual, authored "Des!gn Des!gn, Furniture and Lights" (also referred to at times herein as "DesignDesign"). Atrium has exclusive rights to license all of the works at issue in this action.

11.    In early 2006, Plaintiff Atrium began negotiations with La Martiniere Groupe ("La Martiniere") concerning the distribution of several titles in the field of architecture and design in various territories around the world. Conversations with La Martiniere also included discussions concerning a potential purchase of Atrium by La Martiniere, a French company that is the parent company of Defendant Abrams.

12.    At and around the same time, Atrium also began negotiations with Defendant for the English language rights North America. The negotiations centered around the licensing and distribution of rights to several books, including: Des!gn Des!gn, New Architecture: An International Atlas, International Beach Houses (the "Works"). Asensio, and Oscar Asensio created these works between 2004 and 2005 in Spain, and Atrium is the exclusive owner of all rights in and to these Works.

13.    During the time period surrounding the negotiations between La Martiniere and Atrium, Defendant Abrams obtained copies of optical disks containing the Works. By September of 2006 negotiations between Atrium to La Martiniere had ceased, but Atrium was also unable to reach any agreement with Abrams, and the parties decided not to continue negotiations.

14.     On or about April 2007 Atrium became aware that Defendant had copied, published, and was distributing the Works throughout the United States.

15.     When Atrium inquired as to why there were sales of the Works in the United States, Defendant Abrams denied any such sales. Despite Abrams' representations, Plaintiff Atrium in fact purchased English language copies of "Des!gn Des!gn" from Barnes & Noble booksellers located at 160 East 54th Street, New York, NY 10022 on January 11th, 2008, and also purchased "New Architecture: An International Atlas" over the Internet at amazon.com on January 16th, 2008. Attached hereto as Exhibit A are Purchase Receipts and Book Availability Information for the Works.

16.     Plaintiff Atrium has further seen copies of "International Beach Houses" in the English language on websites such as barnesandnoble.com and amazon.com. See Ex. B.

17.     Based upon the above, and further upon information and belief, numerous copies of the title have been sold in stores as well as via the internet, without Plaintiffs' knowledge or consent.

18.     Plaintiff Atrium has not granted any rights, title or license to Defendant, nor has it ever consented to the Defendants' copying, reproduction, distribution, creation of derivative works or sale of the Works in the United States.

19.     Defendant knowingly, intentionally, maliciously and in bad faith, copied, created derivative works of, published, sold, and continues to sell in commerce, the titles "International Beach Houses," "Des!gn Des!gn: Furniture and Lamps," and "New Architecture: An International Atlas;" in New York City, and across the United States.

20.     Defendant's copies of the Works do bear Abrams' logo on them, and do not bear Atrium's mark or logo anywhere on the outside of the books.

21.    In light of the foregoing, Defendant Abrams has misappropriated the intellectual property of Plaintiff Atrium and Francisco Asensio, infringed on Atrium's copyrights, trademarks, trade dress, and has engaged in unfair business practices, and filed false or misleading applications to the United States Copyright Office, all for commercial purposes and upon information and belief at a substantial profit, and to Atrium's and Asensio's substantial detriment.

### FIRST CAUSE OF ACTION

#### Copyright Infringement

22.    Plaintiff repeats and realleges paragraphs one (1) through twenty-one (21) as if fully stated herein.

23.    Plaintiffs Francisco Asensio and Atrium own exclusive rights in and to the Works under the Federal Copyright Act, 17 U.S.C §§ 101 *et seq.* and the Berne Convention on Copyrights.

24.    In or about 2004 and 2005, Fransisco Asensio and Oscar Asensio, both Spanish individuals, authored and published the Works in Spain which is a signatory to the Berne Convention and/or the Universal Copyright Convention. Atrium owns the rights to and in the Works.

25.    The Works are original works of authorship, whose rights throughout the United States are exclusively owned by Atrium.  At all times relevant to this matter, Defendant had actual and/or constructive notice of Plaintiff Atrium's copyrights in the Works.

26.    Defendant Abrams acts violated Plaintiffs' exclusive rights to reproduce, create derivative works, publish, publicly display, offer for sale, and distribute the Works.

27.     Defendants' acts are willful and intentional and constitute both direct and indirect infringement under the Federal Copyright Act, 17 U.S.C. §§ 101 *et seq.*

28.     Plaintiffs own valid copyrights in and to the Works.

29.     Defendant has, without Plaintiff's consent copied, and/or caused others to copy, publish, reproduce, create derivative works of, and distribute the Works, or works that are substantially identical or similar to the Works.

30.     The books sold by Ábrams are practically identical to the Works in that they contain the exact photographs, layout, design and creative content, and are simply copies and/or derivative works of the already-existing English copies of the Works.

31.     Upon discovering Defendant's sale of the infringing titles, Plaintiff Atrium's inspection revealed that a copyright notice had been placed upon each title, indicating "Original English-language edition copyright © 2006 Atrium Group, Barcelona. North American edition copyright © 2007 Abrams, New York."

32.     Plaintiffs conducted a search of the Register of Copyrights in the United States Library of Congress which revealed that Abrams obtained copyright registrations in and to "Des!gn Des!gn" (TX0006562545) and "New Architecture : an International Atlas" (TX0006562591). Attached as Exhibit C are printouts from the United States Copyright Office; upon information and belief Defendant is in possession of the original certificates of registration for the above works.   Plaintiff never granted any right or license to Defendant to register copyrights in any of the Works, or create derivative works therefrom.

33.    Through the acts alleged above, Defendant Harry N. Abrams, Incorporated has violated Plaintiff Atrium's exclusive rights in its Works by copying, displaying, distributing, creating derivative works of, and selling them through various retail channels located throughout North America as well as on the Internet in violation of 17 U.S.C. § 101, et seq., including the exclusive rights provided for in 17 U.S.C. § 106.

34.    Defendant Harry N. Abrams, Incorporated has also violated Plaintiff Atrium's right to control the distribution, creation of derivative works and public display of its copyrighted works by copying, creating derivative works from and/or distributing Atrium's titles to its distributors and customers.

35.    In addition to directly infringing on Plaintiff Atrium's copyrights, Defendant Harry N. Abrams, Incorporated contributorily and/or vicariously infringed Atrium's copyrights in the Works by controlling, directing, inducing, and/or materially contributing to and profiting from others' copying, distribution, sale, display, and creation of derivative works of Atrium's copyrighted titles. Defendant Abrams has obtained a direct financial benefit from the above alleged activities.

36.    Defendant Harry N. Abrams, Incorporated knew or should have known that copying, distributing, displaying, and creating derivative works or Atrium's titles, which Defendant Harry N. Abrams copied , distributed, publicly displayed, and created derivative works from those titles infringed on Atrium's copyrights in those titles.

37.    Defendant further undertook the infringing activities set forth herein willfully, knowingly, in bad faith and in reckless disregard of Atrium's and Asensio's rights in and to the Works.

38.    Plaintiff Atrium is entitled to statutory and actual damages in an amount to be proven at trial, including profits attributable to the infringement not taken into account in computing actual damages under 17 U.S. C. § 504.

39.    Plaintiff Atrium is further entitled to attorneys fees in connection with this action, to be determined after trial.

40.    Defendant Abrams' infringement of Plaintiff Atrium's copyrights has also caused Atrium irreparable injury.  Unless restrained and enjoined, Defendants will continue to commit such acts.  Plaintiff Atrium and Francisco Asensio's remedy at law is inadequate to fully compensate them for these inflicted and threatened injuries, entitling Plaintiff Atrium and Francisco Asensio to remedies including injunctive relief as provided by 17 U.S.C. § 502, and an order impounding or destroying any and all infringing materials pursuant to 17 U.S.C. § 503.

## SECOND CAUSE OF ACTION
### Misappropriation of Intellectual Property

41.    Plaintiff repeats and realleges paragraphs one (1) through forty (40) as if fully stated herein.

42.    Based upon information and belief, during Plaintiffs' dealings with Defendant Abrams, and by gaining the Defendant gained access to the Works the Plaintiffs authored and own, and which were created and developed at great expense by Plaintiffs.    Defendant, without Plaintiff's consent, printed, and created derivative works of the Works.

43.    Defendant Harry N. Abrams, Incorporated continues to willfully distribute, market, offer to sell, sell and use Plaintiff Atrium's Works, and this is misappropriation will continue unless enjoined to protect the Plaintiffs' intellectual property rights.

44.    Plaintiff has been damaged by Defendant's misappropriation, misuse, alteration, creation of derivative works and sales of Plaintiffs' intellectual property, in an amount to be determined at trial. To date, Defendant Harry N. Abrams, has earned money from the sales of the infringed Works and has made no payment whatsoever to Plaintiffs Atrium or Asensio.

45.    Plaintiff is entitled to damages for Defendant Abrams' unfair competition in an amount to be proven at trial, but in no event less than $500,000.

### THIRD CAUSE OF ACTION

#### False Designation of Origin

46.    Plaintiff repeats and realleges paragraphs one (1) through forty-five (45) as if fully stated herein.

47.    Defendant Abrams has placed its own name and trademarks upon each of the Works, without the consent or permission of Plaintiff.

48.    Defendant has further failed to place Atrium's marks on the outside any of the Works.

49.    Defendant's willful acts constitute a violation of the Section 43(a) of the Lanham Act, 25 U.S.C. 1125(a) through its false designation of origin which is likely to cause confusion as to the origin of the Works amongst the relevant public, consumers and trade.

50.    Plaintiff has been irreparably harmed by Defendant's bad acts, and does not have an adequate legal remedy for Defendant's bad acts. Therefore, Plaintiffs seek preliminary and

permanent injunctive relief in this action, seizure of the infringing goods, and corrective advertising by Defendant.

51.    Plaintiff further requests actual damages, as well as Defendant's profits in an amount to be determined at trial, but in no event less than $500,000.

52.    Defendant's activities are intentional and malicious, entitling Plaintiff to trebled damages; furthermore, Defendant's actions render this case "exceptional" under the meaning of the Lanham Act, for which Plaintiff seeks its reasonable attorneys fees.

## FOURTH CAUSE OF ACTION

### (Fraud on the Copyright Office)

53.    Plaintiff repeats and realleges paragraphs one (1) through fifty-two (52) as if fully stated herein.

54.    On or about April 2007, Defendant, knowing that it had no right, title or license in or to *DesignDesign* or *New Architecture:  An International Atlas,* intentionally and in bad faith made material false representations to the Copyright Office in applying for and procuring registration of the two works in the United States Copyright Office; specifically those fraudulent representations included that Defendant had rights title and license to the works, and listing itself as "Copyright Claimant," as well as holding out to the Copyright Office that Defendant had the right to include "new matter" in the form of "Americanized English text."

55.    The Copyright Office relied upon Defendant's knowingly false representations to grant copyright registrations to Defendant in *DesignDesign* and *New Architecture:  An International Atlas.*

56.    Plaintiffs have been irreparably damaged by Defendant's bad acts in Defendants falsely hold out to the Public that it has rights in and to the Works. Furthermore, Plaintiffs are damaged in that they are not publicly, or in the trade, recognized as having any rights in or to *DesignDesign or New Architecture: An International Atlas*.

57.    Defendant's copyright registration should inure to Plaintiffs' benefit, and should rightly be transferred to Plaintiffs.

58.    The conduct alleged above constitutes violations of 17 U.S.C. § 506(e) in that Defendant Harry N. Abrams, Incorporated knowingly made a false representation of a material fact(s) in the application of a copyright registration provided for by 17 U.S.C § 409, or in any written statement filed in connection with such applications.

59.    Plaintiffs seek transfer or modification of the registrations into their own name, as of the date of application, as legal remedies are inadequate to completely redress Plaintiff's damage.

60.    Plaintiffs also seek damages arising from Defendant's intentional acts in an amount to be determined at trial, but in no event less than $500,000.

61.    Plaintiffs further seek attorneys fees, the costs of this action, as well as trebled damages arising from Defendants' fraud, in an amount to be determined at trial.

**FIFTH CAUSE OF ACTION**

**Deceptive Business Practices - Violation of N.Y. Gen. Bus. L § 349, §350**

62.     Plaintiff repeats and realleges paragraphs one (1) through sixty-one (61) as if fully stated herein.

63.     Defendant Harry N. Abrams, Incorporated willfully engaged in deceptive acts that have caused injury to the Plaintiffs Atrium and Francisco Asensio.

64.     Defendant submitted copyright applications and translated the titles without the consent of the true owner of the titles Plaintiff Atrium and falsely claimed that they owned the rights to the titles, which they did not.

65.     The Works are all serial-works, and Defendant has damaged Plaintiffs' ability to sell these Works in the United States and Canada to other publishers.

66.     Under New York's General Business Law Sec. 350(e)(3) Plaintiff Atrium and Plaintiff Francisco Asensio are entitled to their attorneys fees in this action, as well as damages arising out of Defendant's bad acts.

## SIXTH CAUSE OF ACTION

### Unjust Enrichment

67.     Plaintiff repeats, re-alleges and reaffirms the truth of paragraphs one (1) through sixty-six (66) above as if fully stated herein.

68.     As stated above and repeated herein, Defendant has received financial benefit and remuneration from the sale of the titles "New Architecture: An International Atlas," "International Beach Houses," "Des!gn Des!gn: Furniture and Lamps."

69.     As of the date of the filing of this complaint the Plaintiff has not received any advance payment, royalties, remuneration of any kind whatsoever, nor have they received returned copies of the titles thereby depriving them of any and all benefit, despite the fact that the titles have been sold to consumers throughout North America and via the Internet.

70.     As a result of the foregoing, the Defendants have been unjustly enriched at the detriment of the Plaintiffs in an amount to be determined at trial.

WHEREFORE, Plaintiff prays that the following relief be granted:

A.     Damages in an amount to be determined at trial plus interest from the date the first cause of action arose as well as an order requiring that Defendants, their agents, servants, employees, franchisees, licensees, attorneys and all others in active concert or participation with the Defendant, be enjoined and restrained during the pendency of this action as preliminary injunction and permanently thereafter from:

1. Using, copying, or otherwise exploiting Plaintiffs copyrights and copyrighted works;

2. Using, disclosing, converting, appropriating, retaining, selling, transferring or copying any property of Plaintiffs, in connection with the Defendant's trademarks or otherwise;

3.     Using any of the copyrighted or trademarked titles referenced in this Complaint, in connection with any distribution activities.

    4.     Doing any other act or thing likely to, or calculated to, induce the belief that Defendant is in any way affiliated, connected or associated with the Plaintiff or Plaintiff's business;

    5.     Unfairly competing with plaintiffs in any manner.

B.    Disgorgement of profits made by selling, distributing, or licensing of Plaintiffs titles, the maximum statutory damages allowable under the U.S. Copyright Act, attorneys fees and punitive damages, plus interest from the date on which the first infringing activity occurred.

C.    Actual damages sustained by the Plaintiffs as well as punitive damages sustained , which resulted from Defendant's Intentional Trademark Infringement.

D.    Actual Damages sustained by the Plaintiffs as a result of the Defendants Negligent Interference with Plaintiffs Prospective Economic Advantages.

E.    Attorney's fees incurred in the instant action as allowable to Plaintiff as the prevailing party under New York's General Business Law § 349, §350 *et seq.*

F.    Restitution damages and disgorgement of profits resulting from Defendants Unjust Enrichment at the expense of the Plaintiffs.

G.    Trebled damages.

## DEMAND FOR JURY TRIAL

Pursuant to Rule 38 of the Federal Rules of Civil Procedure, Plaintiffs demand a trial by jury of all issues properly triable by jury in this action.

Dated:        February 14, 2008

Respectfully submitted,

Barry E. Janay (BJ 9311)
The Law Office of Barry E. Janay, P.C.
33 Maiden Lane, Floor 9
New York, NY 10038
Tel:  646-652-6206
Fax: 208-693-6720
bjanay@lobej.com

**Exhibit A: Purchase Receipts and Book Availability Information for the Works**

**Hello.** Sign in to get personalized recommendations. New customer? Start here.

Your Amazon.com    Today's Deals    Gifts & Wish Lists    Gift Cards    Your Account | Help



Books

| Advanced Search | Browse Subjects | Hot New Releases | Bestsellers | The New York Times® Best Sellers | Libros En Español | Bargain Books | Textbooks |

*Prime*

To get this item by **Wednesday**, Jan 16 order within 6hr 0min.

Get Free Shipping for a full month with a Free Trial of Amazon Prime › **learn more**    



See larger image

Share your own customer images

Publisher: learn how customers can search inside this book.

**Are You an Author or Publisher?**
Find out how to publish your own Kindle Books

### DesignDesign: Furniture & Lights (Hardcover)

by Oscar Asensio (Author)

★★★★★ ☑ (1 customer review)

List Price: ~~$40.00~~
**Price: $24.00** & eligible for **FREE Super Saver Shipping** on orders over $25. Details
**You Save:** $16.00 (40%)

**Availability:** In Stock. Ships from and sold by **Amazon.com**. Gift-wrap available.

**Want it delivered Tuesday, January 15?** Order it in the next 6 hours and 0 minutes, and choose **One-Day Shipping** at checkout. See details

**13 used & new** available from $18.91

Quantity: 1

**Add to Shopping Cart**

or

Sign in to turn on 1-Click ordering.

**More Buying Choices**

**13 used & new** from $18.91

Have one to sell? Sell yours here

Add to Wish List | ▾
Add to Shopping List
Add to Wedding Registry
Add to Baby Registry
Tell a friend

---

## Special Offers and Product Promotions

- Explore more great deals on 1000's of titles in our Bargain Book store.

---

## Better Together

Buy this book with Office Furniture Design by Linea Editorial today!

 +     **Buy Together Today: $50.40**


---

## Customers Who Bought This Item Also Bought

Page 1 of 3



Back





Next

| 1000 New Designs and Where to Find Them: A... by Jennifer Hudson ★★★★☆ (1) $19.77 | Sourcebook of Scandinavian Furniture: Desi... by Judith Gura $51.00 | New Furniture Design by daab $15.56 | 1000 Lights. 1000 Leuchten. 1000 Luminaires by Charlotte Fiell ★★★☆☆ (2) $19.79 | The Best Tables, Chairs, Lights: Innovatio... by Mel Byars ★★★★☆ (2) $14.95 |

Any Category    Arts & Photography    **Furniture & Carpentry**    Graphic Design

Instructional & How-To    Interior Design

---

## Editorial Reviews

### Book Description

What happens when form follows function—and the only boundaries are the laws of physics? As innovative materials and manufacturing techniques become readily available, the limitations of design are rapidly falling away. These advances have led to a redefinition of the spaces we inhabit, as everyday items become objects of art.

*DesignDesign: Furniture & Lights* is a celebration of originality and innovation, featuring hundreds of beautiful full-color photographs of works by highly acclaimed designers such as Xavier Lust, David Abad, Guido Rosati, Oscar Tusquets, Alvaro Sizaand, Ingo Maurer, and many more. Curated by renowned design expert Oscar Asensio, *DesignDesign* is an essential sourcebook for astute interior designers, collectors, and connoisseurs on the cutting edge.

### About the Author

Design expert Oscar Asensio is also the author of *Food Design*. He lives in Spain.

---

## Product Details

**Hardcover:** 320 pages

**Publisher:** Harry N. Abrams, Inc. (April 1, 2007)

**Language:** English

**ISBN-10:** 0810992949

**ISBN-13:** 978-0810992948

**Product Dimensions:** 10.1 x 9.8 x 1.4 inches

**Shipping Weight:** 3.8 pounds (View shipping rates and policies)

**Average Customer Review:** ★★★★★ ☑ (1 customer review)

**Amazon.com Sales Rank:** #85,494 in Books (See Bestsellers in Books)

   Popular in these categories: (What's this?)

   #8 in Books > Bargain Books > Home & Garden > **Interior Decorating**
   #11 in Books > Home & Garden > Interior Design > **Lighting**
   #15 in Books > Bargain Books > Arts & Photography > **Architecture**

(Publishers and authors: Improve Your Sales)

   Would you like to **update product info** or **give feedback on images**? (We'll ask you to sign in so we can get back to you)

---

## Customers viewing this page may be interested in these Sponsored Links (What's this?)

Year End **Furniture** Sale
www.AstorClub.com   Save 30%-55% Bar **Furniture** Free Shipping No Tax Best Quality

Local **Furniture** Stores
Local.com   Looking For A **Furniture** Store? Search Local.com To Find One!

Home **Furniture**
HomeFurniture2go.com   Free Shipping & Lifetime Warranty Trusted: 20+ Years Experience

See a problem with these advertisements? Let us know                                                Advertise on Amazon

---

## What Do Customers Ultimately Buy After Viewing Items Like This?

 **76%** buy the item featured on this page:
DesignDesign: Furniture & Lights ★★★★★ (1)
$24.00

 **24%** buy
Office Furniture Design
$26.40

[ Compare these items ]    **Explore similar items**

---

## Tags customers associate with similar products (What's this?)

Click on a tag to find related items, discussions, and people.

**Search Products Tagged with**  [ GO! ]

design (9)          furniture design (5)      culture (3)
industrial design   woodworking (5)           harajuku (3)
(7)
                    interaction design        usability (3)
product design      (5)
(5)
                    industrial design
hci (6)             reference (3)

›See most
popular Tags

Your tags: Add your first tag

Help others find this product - tag it for Amazon search
No one has tagged this product for Amazon search yet. Why not
be the first to suggest a search for which it should appear?

## Are You an Author or Publisher?

Find out how to publish your own Kindle Books

## Rate this item to improve your recommendations

Sign in to rate this Item
☆☆☆☆☆ ▢ I own it

## Customer Reviews

**1 Review**

| | |
|---|---|
| 5 star: | (1) |
| 4 star: | (0) |
| 3 star: | (0) |
| 2 star: | (0) |
| 1 star: | (0) |

**Average Customer Review**
★★★★★ (1 customer review)

[ Create your own review ]

**Most Helpful Customer Reviews**

★★★★★ **A wonderful resource any design library will be happy
to display.**, July 27, 2007
By **Midwest Book Review** (Oregon, WI USA) - See all my reviews
Interior design libraries and public lending collections catering to home
designers will welcome DesignDesign: Furniture & Lights, a collection
of innovative works by a range of designers intended to provide a
sourcebook of inspiration and redecorating options. Color photos of
chairs, breeze units, light-up acrylic wall lamps in squares or
rectangles, and more offer the trendiest of design options suitable for
both home and business spaces and accompany design options with
notes on construction and effect. A wonderful resource any design
library will be happy to display.

Diane C. Donovan
California Bookwatch

▢ Comment | Permalink | Was this review helpful to you? [ Yes ] [ No ]
(Report this)

Share your thoughts with other customers: [ Create your own review ]

› **See all customer reviews...**

**New!** Amazon has customer video reviews



Flip Video Camcorders
★★★★☆ ▢ (365)
The easiest way to shoot video reviews.

## Search Customer Reviews

 [ GO ]

☑ Only search this product's reviews

ADVERTISEMENT



Get the lowest
all-digital price...every day.

Start saving about
$31 /mo. over digital cable
Based on FCC report dated 12.27.06

[ SAVE OVER CABLE ▶ ]   d!sh

## Customer Discussions Beta (What's this?)

**New!** See recommended Discussions for You
**This product's forum** (0 discussions)

| Discussion | Replies | Latest Post |
|---|---|---|
| No discussions yet. | | |

**Related forums**

bargain books (start the discussion)

crafts and hobbies (17 discussions)

woodworking (2 discussions)

Ask questions, Share opinions, Gain insight
**Start a new discussion**

Topic: [_____]

**Active discussions in related forums**

| Discussion | Replies | Latest Post |
|---|---|---|
| **crafts and hobbies**<br>What is your favorite craft to do? | 38 | **17 hours ago** |
| **crafts and hobbies**<br>Bead Blinger | 0 | 2 days ago |
| **crafts and hobbies**<br>migeon & migeon candlesticks | 0 | 5 days ago |
| **crafts and hobbies**<br>Your Home A Living Canvas | 6 | 12 days ago |
| **woodworking**<br>Mitre Saws | 8 | 16 days ago |
| **crafts and hobbies**<br>Salt & Pepper Shakers | 1 | 19 days ago |

---

## Product Information from the Amapedia Community Beta (What's this?)

**Be the first person to add an article about this item at Amapedia.com.** 

> See featured Amapedia.com articles

---

## Listmania!



Juhan's 2007 Reading List: Design, Business, and Growing my Brain: A list by Juhan Sonin

**Search Listmania!**





Favorite Reads: A list by Renee "Montmarte's Sketchbook"



My Favourite Interior Design Books: A list by Bellette

Create a Listmania! list

---

## Look for Similar Items by Category

Arts & Photography > Design & Decorative Arts > Furniture Design
Bargain Books > Arts & Photography > Architecture
Bargain Books > Arts & Photography > Art
Bargain Books > Home & Garden > Crafts
Bargain Books > Home & Garden > General
Bargain Books > Home & Garden > Interior Decorating
Home & Garden > Crafts & Hobbies > Woodworking > Furniture & Carpentry
Home & Garden > Interior Design > General
Home & Garden > Interior Design > Lighting
Professional & Technical > Architecture > Building Types & Styles > Residential
Professional & Technical > Architecture > General
Professional & Technical > Architecture > Interior Design > General

## Look for Similar Items by Subject

- Home furnishing & decoration
- Interior design
- Furniture Arts And Crafts
- Residential Interior Design
- Architecture
- Design - Furniture
- Interior Design - Lighting
- Architecture / Interior Design
- Design; lighting; furniture; interior design
- 21st century
- Furniture design
- History
- Lighting

Find books matching ALL checked subjects

i.e., each book must be in subject 1 AND subject 2 AND ...

| Get Healthy and Save $10 | Best Books of 2007 | Buy Three Books, Get a Fourth Free | Amazon Kindle | Shop and Win | New Year, New You 2008 |
|---|---|---|---|---|---|

    

**Get Healthy and Save $10**
Save $10

Instantly when you spend $39 or more on nutritional bars from PowerBar, Clif, Luna, and more.

› Shop now

**Best Books of 2007**
Best of 2007

Discover the Best Books of 2007, from editors' picks to customer favorites in dozens of categories.

**Buy Three Books, Get a Fourth Free**
4 for 3

Order any four eligible books under $10 and get the lowest-price book free in our 4-for-3 Books Store. See more details.

**Amazon Kindle**
Get more than 90,000 books, top newspapers, magazines and more in less than a minute. Learn more.

**Shop and Win**
Pay online using your checking account and be entered to win a $500 Amazon.com Gift Certificate. Using your checking account at Amazon.com is easy. NO PURCHASE NECESSARY. See official rules.

**New Year, New You 2008**
'08 New Year New You
Don't just make resolutions; learn to keep them with books to help discover the New You.

› Visit the New Year, New You store

A D V E R T I S E M E N T



$12.99 a month for the first 6 months    Upgrade your new computer to VERIZON HIGH SPEED INTERNET    verizon    Up to 768Kbps    Upgrade Now

### Feedback

- If you need help or have a question for Customer Service, **contact us**.
- Would you like to **update product info** or **give feedback on images**? (We'll ask you to sign in so we can get back to you)
- Is there any other feedback you would like to provide? **Click here**

**Where's My Stuff?**

Track your recent orders.

View or change your orders in Your Account.

**Shipping & Returns**

See our shipping rates & policies.

Return an item (here's our Returns Policy).

**Need Help?**

Forgot your password? Click here.

Redeem or buy a gift certificate/card.

Visit our Help department.

Search | Amazon.com | | ● GO!

## Your Recent History (What's this?)

**Recently Viewed Products** | Loading Recommendations...

 New Architecture Atlas
1.0 by Francisco Asensio

**Recent Searches**

Design Design: Furniture and Lights (Books), The new architecture atlas 1.0 (All Products)

› **View & edit Your Browsing History**

**amazon.com®**  Amazon.com Home  |  Directory of All Stores

International Sites:  Canada  |  United Kingdom  |  Germany  |  Japan  |  France  |  China

Help  |  View Cart  |  Your Account  |  Sell Items  |  1-Click Settings

Investor Relations  |  Press Release  |  Careers at Amazon  |  Join Associates  |  Join Advantage  |  Join Honor System  |  Advertise With Us

Conditions of Use | Privacy Notice © 1996-2008, Amazon.com, Inc. or its affiliates

Barnes & Noble Bookseller
555 Fifth Ave
New York, NY 10017
212-697-3048 01-14-08 S02234 R003

Design Design: Furniture                    40.00
9780810992948

SUB TOTAL                                    40.00
SALES TAX                                     3.35
TOTAL                                        43.35
AMOUNT TENDERED
CASH                                         44.00


TOTAL PAYMENT                                44.00

A MEMBER WOULD HAVE SAVED                     8.00

CHANGE                                         .65
     Thank You for shopping at
     Barnes & Noble Booksellers
#217373 01-14-08 01:39P bw

```
Type of Work:        Text

Registration Number / Date:
                     TX0006562545 / 2007-04-24

Title:               DesignDesign furniture & lights.

Copyright Claimant:
                     Harry N. Abrams, Inc.

Date of Creation:    2006

Date of Publication:
                     2007-03-01

Previous Registration:
                     Pub. in English, 2005.

Basis of Claim:      New Matter: Americanization of text for North American ed.

Copyright Note:      Cataloged from appl. only.

Names:               Harry N. Abrams, Inc.
```
===============================================================================

Hello. Sign in to get personalized recommendations. New customer? Start here.

| Your Amazon.com | Today's Deals | Gifts & Wish Lists | Gift Cards | Your Account | Help |

Books

**Books**    Advanced Search | Browse Subjects | Hot New Releases | Bestsellers | The New York Times® Best Sellers | Libros En Español | Bargain Books | Textbooks

This item is not eligible for Amazon Prime, but over a million other items are. Join **Amazon Prime** today. Already a member? Sign in.



See larger image

Share your own customer images

Publisher: learn how customers can search inside this book.

**Are You an Author or Publisher?**
Find out how to publish your own Kindle Books

# International Beach Houses (Hardcover)
by Louisa Wattson (Author)

---

**Availability:** Sign up to be notified when this item becomes available.

| Also Available in: | List Price: | Our Price: | Other Offers: |
|---|---|---|---|
| Hardcover | | | Order it used! |

**Alert Me**

**Want us to e-mail you when this item becomes available?**

[ Sign up ]

**More Buying Choices**

Get it for less!    [ Order it used ]

Have one to sell?    [ Sell yours here ]

[ Add to Wish List ▾ ]

[ Add to Shopping List ]

[ Add to Wedding Registry ]

[ Add to Baby Registry ]

[ Tell a friend ]

---

## Customers Who Bought This Item Also Bought

Page 1 of 4

Back



Beach Houses Down Under by Stephen Crafti
$37.80



Contemporary Seaside Houses (Evergreen Ser... by Simone Schleifer
$23.09



Luxury Houses Seaside (Luxury Books) by Cristina Paredes Benitez
$32.97

Next

---

## Editorial Reviews

### Book Description
Situated on the shores of glistening seas, oceans, and great lakes, the contemporary beach houses featured in this book are as dazzling as the coastal paradises they inhabit. *International Beach Houses* takes readers on a tour of twenty fabulous houses located around the world, including Spain, Portugal, France, Mexico, Brazil, Australia, Japan, and South Africa. Included here are views, interiors, and floor plans of the best in modern coastline architecture from Tadao Ando, Shigeru Ban, Steven Harris, and Barclay & Crousse, among others. Each house represents a unique response to the challenges of the local terrain and culture, but all are unified by the spirit of luxury and leisure.

### About the Author
Louisa Wattson is an expert on twentieth-century architecture and design. She has coauthored several books on

these subjects.

## Product Details

**Hardcover:** 176 pages
**Publisher:** Harry N. Abrams, Inc. (April 1, 2007)
**Language:** English
**ISBN-10:** 0810992965
**ISBN-13:** 978-0810992962
**Product Dimensions:** 10.5 x 9.5 x 1.2 inches
**Shipping Weight:** 3 pounds
**Amazon.com Sales Rank:** #1,367,180 in Books (See Bestsellers in Books)
(Publishers and authors: Improve Your Sales)

**Also Available in:** Hardcover | All Editions

Would you like to **update product info** or **give feedback on images**? (We'll ask you to sign in so we can get back to you)

## Customers viewing this page may be interested in these Sponsored Links (What's this?)

Control your clutter -
www.OrganizeYourselfOnline.com    Your personalized program is here - With expert guidance, it's simple!

**International**
JustClickLocal.com    Looking for **international?** Search in your local area now.

Get Internet Anywhere
www.localdishnetwork.net    Dish Network DSL & Satellite access Save $10.00 for 10 months

See a problem with these advertisements? Let us know                    Advertise on Amazon

## What Do Customers Ultimately Buy After Viewing Items Like This?

 **37%** buy
Tropical Modern ★★★★★ (1)
$26.37

 **32%** buy
Mediterranean Modern (Design House) ★★★★★ (1)
$23.10

 **31%** buy
Beach Houses Down Under
$37.80

[ Compare these items ]    **Explore similar items**

## Tag this product (What's this?)

Think of a tag as a keyword or label you consider is strongly related to this product.
Tags will help all customers organize and find favorite items.

**Your tags:** Add your first tag

**Help others find this product - tag it for Amazon search**
No one has tagged this product for Amazon search yet. Why not be the first to suggest a search for which it should appear?

**Search Products Tagged with**
_____ 

›See most
popular Tags

## Are You an Author or Publisher?

Find out how to publish your own Kindle Books

## Rate this item to improve your recommendations

Sign in to rate this item
☆☆☆☆☆  ☐ I own it

## Customer Discussions Beta (What's this?)
New! See recommended Discussions for You

### This product's forum (0 discussions)

| Discussion | Replies | Latest Post |
|---|---|---|
| No discussions yet | | |

Ask questions, Share opinions, Gain insight

### Start a new discussion

Topic: [                                   ]

## Listmania!

Search Listmania!  GO!

The Best Architectural Books from Regions around the World: A list by D. Fernandez "FL, USA"

Tropical Architecture with Glamour: A list by Daniel Read "Today's Julio Verne"

The Best Architectural Books: A list by D. Fernandez "FL, USA"

Create a Listmania! list

## Look for Similar Items by Category

Arts & Photography > Photography > Architectural
Home & Garden > Home Design > General
Professional & Technical > Architecture > Building Types & Styles > Residential
Professional & Technical > Architecture > General
Professional & Technical > Architecture > International > General

## Look for Similar Items by Subject

☐ Houses, apartments, flats, etc
☐ Architecture
☐ Architectural & Industrial
☐ International Architecture - General
☐ Residential

- Architecture / General
- Architecture; beaches; resorts; coastal living
- General

**Find books matching ALL checked subjects**

i.e., each book must be in subject 1 AND subject 2 AND ...

---

### Pack Your Playlists at Amazon MP3



With over 3 million DRM-free MP3 songs that play on any device, most priced at 89 cents, you're sure to find something you'll love. Shop now for songs and albums at great prices.

### Best Books of 2007



Discover the Best Books of 2007, from editors' picks to customer favorites in dozens of categories.

### Resolution Time

Track your weight-loss resolution with a Weight Watchers scale from Conair. Save an extra $10 when you spend $49.

› Shop now

### Editors' Faves in Books



Save 40% on The Significant 7, our favorite picks for the month.

### Spectacular Textbook Savings

Save up to 30% Then over 100,000 new textbooks-- and up to 90% off the list price of millions of used listings--in Amazon.com's Textbook Store.

### New Year, New You 2008



Don't just make resolutions; learn to keep them with books to help discover the New You.

› Visit the New Year, New You store

---

ADVERTISEMENT


$12⁹⁹ a month for the first 6 months
Upgrade your new computer to VERIZON HIGH SPEED INTERNET
Up to 768Kbps

Upgrade Now

---

**Feedback**

▸ If you need help or have a question for Customer Service, **contact us**.

▸ Would you like to **update product info** or **give feedback on images**? (We'll ask you to sign in so we can get back to you)

▸ Is there any other feedback you would like to provide? **Click here**

---

**Where's My Stuff?**          **Shipping & Returns**          **Need Help?**

Track your recent orders.

See our shipping rates & policies.

Forgot your password? Click here.

View or change your orders in Your Account.

Return an item (here's our Returns Policy).

Redeem or buy a gift certificate/card.

Visit our Help department.

Search Amazon.com  

## Your Recent History (What's this?)

**Recently Viewed Products**

 DesignDesign: Furniture & Lights by Oscar Asensio

New Architecture Atlas 1.0 by Francisco Asensio

Loading Recommendations...

**Recent Searches**

International Beach Houses (Books), Design Design: Furniture and Lights (Books), The new architecture atlas 1.0 (All Products)

> **View & edit Your Browsing History**

**SPONSORED LINKS**   (What's this?)

**Folly Beach SC Real Estate**
tina.househuntingonline.com    Buy and Sell Folly Beach Property, Search the MLS for homes.

**Avalon and Stone Harbor, NJ Beach Houses**
www.avalonrentals.com    1000's of beach house and sales in Avalon and Stone Harbor NJ.

**International House at Hotels.com**
www.hotels.com   Low rate guarantee, book now with hotel experts at 1-866-206-0014.

Advertise on Amazon

## amazon.com®   Amazon.com Home  |  Directory of All Stores

International Sites:  Canada  |  United Kingdom  |  Germany  |  Japan  |  France  |  China

Help  |  View Cart  |  Your Account  |  Sell Items  |  1-Click Settings

Investor Relations  |  Press Release  |  Careers at Amazon  |  Join Associates  |  Join Advantage  |  Join Honor System  |  Advertise With Us

Conditions of Use | Privacy Notice © 1996-2008, Amazon.com, Inc. or its affiliates

**Barry E. Janay, Esq.**

| | |
|---|---|
| **From:** | Amazon.com [ship-confirm@amazon.com] |
| **Sent:** | Thursday, January 17, 2008 5:09 AM |
| **To:** | bjanay@lobej.com |
| **Subject:** | Your Amazon.com order has shipped (#104-0194596-7123414) |

Greetings from Amazon.com.

We thought you'd like to know that we shipped your items, and that this completes your order.

You can track the status of this order, and all your orders, online by visiting Your Account at http://www.amazon.com/gp/css/history/view.html

There you can:
* Track your shipment
* View the status of unshipped items
* Cancel unshipped items
* Return items
* And do much more

The following items have been shipped to you by Amazon.com:
```
-------------------------------------------------------------------
Qty   Item                       Price  Shipped  Subtotal
-------------------------------------------------------------------
Amazon.com items (Sold by Amazon.com, LLC):
   1    New Architecture: An Inter...   $18.00     1    $18.00
```

Shipped via USPS (estimated arrival date: 22-January-2008).
Tracking number: 9102009591871477309251

```
-------------------------------------------------------------------
           Item Subtotal:  $18.00
      Shipping & Handling:  $3.99

                 Total:  $21.99

           Paid by Amex:  $21.99

    -------------------------------------------------------------------
```

This shipment was sent to:

    The Law Office of Barry E. Janay, P.C.
    33 Maiden Ln Fl 9
    New York, NY 10038-5102
    United States

via USPS

        For your reference, the number you can use to track your package is 9102009591871477309251.  Visit http://www.amazon.com/wheres-my-stuff to track your shipment.
Please note that tracking information may not be available immediately.

If you've explored the links on the Your Account page but still need assistance with your order, you'll find links to e-mail or call Amazon.com Customer Service in our Help department at http://www.amazon.com/help/

---------------------------------------------------------------------
Please be aware that items in this order may be subject to California's Electronic Waste
Recycling Act. If any items in this order are subject to that Act, the seller of that item
has elected to pay any fees due on your behalf.
---------------------------------------------------------------------
Please note: This e-mail was sent from a notification-only address that cannot accept
incoming e-mail. Please do not reply to this message.

Thank you for shopping with us.

---------------------------------------------------------------------
Amazon.com... and you're done!
http://www.amazon.com/
---------------------------------------------------------------------



# BORDERS

100 Broadway
New York, NY 10005
(212) 964-1988

144
8014 **00.26** PB8670620
2150 MAILED FROM NEW YORK, NY 10005
JAN 29 08

THE PUBLISHER HAS NOTIFIED US THAT THIS TITLE IS
CURRENTLY OUT OF STOCK.  IF YOU ARE STILL INTEREST
PLEASE TRY AGAIN IN ONE MONTHS TIME. THANK YOU.

Title:     International Beach Houses
Price:     $35.00
Order#:    51219-1

JANAY BARRY
33 MAIDEN LANE
9TH FLOOR
NEW YORK, NY    10038
USA

Bs011 7/04

 

The Library of Congress                    >> Go to Library of Congress Authorities

# LIBRARY OF CONGRESS ONLINE CATALOG

| Help ❶ | New Search | Search History | Headings List | Titles List | Request an Item | Account Status | Other Databases | Start Over |

**DATABASE:** Library of Congress Online Catalog
**YOU SEARCHED:** Author/Creator Sorted by Title = wattson
**SEARCH RESULTS:** Displaying 1 of 1.

◀ **Previous**   **Next** ▶

| Brief Record | Subjects/Content | Full Record | MARC Tags |

### *International beach houses / Louisa Wattson.*

**LC Control No.:** 2006939105
**Type of Material:** Book (Print, Microform, Electronic, etc.)
**Personal Name:** Wattson, Louisa.
**Main Title:** International beach houses / Louisa Wattson.
**Published/Created:** New York, NY : Abrams, 2007.
**Description:** p. cm.
**Projected Publication Date:** 0704
**ISBN:** 9780810992962 (hardcover with jacket)
0810992965 (hardcover with jacket)

Library of Congress Holdings Information Not Available.

◀ **Previous**   **Next** ▶

| **Save, Print or Email Records (View Help)** |
|---|
| Select Download Format:  Text (Brief Information)     Press to SAVE or PRINT |
| Email Text (Full Info) to: |
| _____     Press to SEND EMAIL |

Help – Search – History – Headings – Titles – Request – Account – Databases – Exit



**The Library of Congress**
URL:
http://www.loc.gov/
*Mailing Address:*
101 Independence
Ave, S.E.
Washington, DC 20540

**Catalog/authority record errors?**
Use our Error Report Form
**Questions about searching?**
Ask a Librarian

**Library of Congress Online Catalog**
*URL:* http://catalog.loc.gov/
**Library of Congress Authorities**
*URL:* http://authorities.loc.gov/

 WorldCat® [Beta]

| Home | Search | | You are **not signed in** (Sign In to WorldCat or Register) |
| --- | --- | --- | --- |

**Search for items:** [                    ]  [          ]  Advanced Search



## International beach houses
### by Louisa Wattson

| | |
| --- | --- |
| Type: | Book |
| Language: | English |
| Publisher: | Barcelona : Atrium Group, ©2004. |
| Editions: | 2 Editions |
| ISBN: | 8495692236 9788495692238 |
| OCLC: | 56802937 |
| Related Subjects: | Seaside architecture. | Architecture, Domestic. | Architecture domestique. | More Subjects ... |
| Citations: | Cite this Item | Export to EndNote | Export to RefWorks |

**Get It**
🌐 Find in other WorldCat libraries
Buy from Amazon.com

**Save It** ✏
Add This Page to Favorites
Save to: [New List]
[ Save ]

**Add to It**
Review this Item
Edit Public Notes

**Share It**
Link to this Page
BOOKMARK 🔖 ▨ ▨

---

| **Libraries** | Details | Subjects | Editions | Reviews |

**Buy This Item**

**Enter Location Information:** [New York NY 10038]  [Go]
Enter postal code, state, province or country

Displaying libraries **1-10** out of **40** for all **2 editions**  **10038 New York, NY**  « First  ‹ Prev  1  2  3  Next ›  Last »

Showing libraries that own: **All Editions** | Just this Edition

1. **Parson's School of Design, Gimbel Library**      New York, NY 10011 United States      2 miles
   ◈ Book

2. **Columbia University Libraries**    New York, NY 10027 United States      8 miles
   ◈ Book
   Services: Library Information

3. **Lehigh University**    Bethlehem, PA 18015 United States      72 miles
   ◈ Book
   Services: Library Information

4. **Connecticut College**    New London, CT 06320 United States      108 miles
   ◈ Book
   Services: Library Information

5. **Cornell University**    Ithaca, NY 14850 United States      176 miles
   ◈ Book
   Services: Library Information | Ask a librarian

6. **Boston Architectural Center Library**    Boston, MA 02115 United States      188 miles
   ◈ Book
   Services: Library Information | Ask a librarian

7. **Massachusetts Institute of Tech**    Cambridge, MA 02139 United States      189 miles
   ◈ Book

International Beach Houses
Louisa Wattson, Ca...

Buy New
[ Buy amazon.com from ]

Privacy Information

Find in a Library anytime
with always-there browser tools
Learn more and download

**Services:** Library Information   Ask a librarian

---

8.  **PENN STATE**   University Park, PA 16802 United States                    201 miles
    ◈ Book
    **Services:** Library Information

---

9.  **Université de Montréal**   Montreal, QC H3C 3J7 Canada                    331 miles
    ◈ Book
    **Services:** Library Information   Ask a librarian

---

10. **University of Maine At Augusta**   Augusta, ME 04330 United States        333 miles
    ◈ Book
    **Services:** Library Information

---

*Distances, where provided, are approximate and based on postal-code geographic centers

Displaying libraries 1-10 out of 40 for all **2 editions**   **10038 New York, NY**   « First   ‹ Prev   1  **2**  **3**  Next ›   Last »

Hello. Sign in to get personalized recommendations. New customer? Start here.

Your Amazon.com | Today's Deals | Gifts & Wish Lists | Gift Cards | Your Account | Help

Books | Design Design: Furniture and Lights

**Books** | Advanced Search | Browse Subjects | Hot New Releases | Bestsellers | The New York Times® Best Sellers | Libros En Español | Bargain Books | Textbooks

This item is not eligible for Amazon Prime, but over a million other items are. Join Amazon Prime today. Already a member? Sign in.



Publisher: learn how customers can search inside this book.

**Are You an Author or Publisher?**
Find out how to publish your own Kindle Books

# New Architecture Atlas 1.0 (Hardcover)
by Francisco Asensio (Author)

No customer reviews yet. Be the first.

**Availability:** Currently unavailable. We don't know when or if this item will be back in stock.

Get it for less! [Order it used]

Have one to sell? [Sell yours here]



---

## Product Details

**Hardcover**

**Publisher:** ATRIUM (2005)

**ASIN:** B000OJIP22

**Average Customer Review:** No customer reviews yet. Be the first.

 Would you like to **update product info** or **give feedback on images**? (We'll ask you to sign in so we can get back to you)

This page was created by a seller.

---

## Customers viewing this page may be interested in these Sponsored Links (What's this?)

Create-Your-Own Free tee
CorporateCasuals.com/FREEshirt   Design your free custom t-shirt online. just pay for shipping

2008 Entertainment Book.
www.entertainment.com   Buy The 2008 Entertainment Book. Get 35% Off And Free Shipping Now.

Interior Design Schools
AllArtSchools.com   Find Interior Design Schools near you. Get info and apply today!

See a problem with these advertisements? Let us know

Advertise on Amazon

---

## Tag this product (What's this?)

Think of a tag as a keyword or label you consider is strongly related to this product.
Tags will help all customers organize and find favorite items.

**Your tags: Add your first tag**

**Help others find this product - tag it for Amazon search**
No one has tagged this product for Amazon search yet. Why not be the first to suggest a search for which it should appear?

**Search Products Tagged with**

[GO!]

› See most popular Tags

---

**Are You an Author or Publisher?**

Find out how to publish your own Kindle Books

---

**Rate this item to improve your recommendations**

Sign in to rate this item
☆☆☆☆☆ ☐ I own it

---

## Customer Reviews

**There are no customer reviews yet.** [ Create your own review ]

ADVERTISEMENT



"This is how it should feel."
WESTIN
HOTELS & RESORTS

**Video reviews**



**New feature!** Amazon now allows customers to upload product video reviews. Use a webcam or video camera to record and upload reviews to Amazon.

**Shoot Anything. Share Everything with Flip Video**



For the easiest way to shoot Amazon video reviews or life's everyday moments, try the Flip Video camcorder.

---

**Customer Discussions** Beta (What's this?)
New! See recommended Discussions for You

**This product's forum** (0 discussions)

| Discussion | Replies | Latest Post |
|---|---|---|
| No discussions yet | | |

Ask questions, Share opinions, Gain insight
**Start a new discussion**

Topic: [_____]

---

## Product Information from the Amapedia Community Beta (What's this?)

**Be the first person to add an article about this item at Amapedia.com.** 🗗

› See featured Amapedia.com articles 🗗

---

| Get Healthy and Save $10 | Best Books of 2007 | Buy Three Books, Get a Fourth Free | Editors' Faves in Books | Spectacular Textbook Savings | New Year, New You 2008 |
|---|---|---|---|---|---|
|  Save $10 |  Discover the Best Books of |  |  |  The Textbook Store | '08 New Year New You  Don't just make resolutions; learn to keep them with books to help |

instantly when you spend $39 or more on nutritional bars from PowerBar, Clif, Luna, and more.

› Shop now

2007, from editors' picks to customer favorites in dozens of categories.

Order any four eligible books under $10 and get the lowest-price book free in our 4-for-3 Books Store. See more details.

Save 40% on The Significant 7, our favorite picks for the month.

Save up to 30% on over 100,000 new textbooks--and up to 90% off the list price of millions of used listings--in Amazon.com's Textbook Store.

discover the New You.

› Visit the New Year, New You store

ADVERTISEMENT





**Feedback**
› If you need help or have a question for Customer Service, **contact us**.
› Would you like to **update product info** or **give feedback on images**? (We'll ask you to sign in so we can get back to you)
› Is there any other feedback you would like to provide? **Click here**

**Where's My Stuff?**
Track your recent orders.
View or change your orders in Your Account.

**Shipping & Returns**
See our shipping rates & policies.
Return an item (here's our Returns Policy).

**Need Help?**
Forgot your password? Click here.
Redeem or buy a gift certificate/card.
Visit our Help department.

Search   Amazon.com      

**Your Recent History** (What's this?)

**You have no recently viewed items.**

After viewing product detail pages or search results, look here to find an easy way to navigate back to pages you are interested in.

Loading Recommendations...

**Recent Searches**
The new architecture atlas 1.0 (All Products)

› **View & edit Your Browsing History**

**amazon.com®**    Amazon.com Home   |   Directory of All Stores

International Sites: Canada | United Kingdom | Germany | Japan | France | China

Help | View Cart | Your Account | Sell Items | 1-Click Settings

Investor Relations | Press Release | Careers at Amazon | Join Associates | Join Advantage | Join Honor System | Advertise With Us

Conditions of Use | Privacy Notice © 1996-2008, Amazon.com, Inc. or its affiliates



The Library of Congress                                    >> Go to Library of Congress Authorities

# LIBRARY OF CONGRESS ONLINE CATALOG



| Help ❶ | New Search | Search History | Headings List | Titles List | Request an Item | Account Status | Other Databases | Start Over |

**DATABASE:** Library of Congress Online Catalog
**YOU SEARCHED:** Title = new architecture
**SEARCH RESULTS:** Displaying 9 of 46.

◀ **Previous   Next** ▶

| Brief Record | Subjects/Content | Full Record | MARC Tags |

*New architecture : an international atlas / Francisco Asensio ;...*

**LC Control No.:** 2006937134

**Type of Material:** Book (Print, Microform, Electronic, etc.)

**Personal Name:** Asensio Cerver, Francisco.

**Uniform Title:** Atlas, la nueva arquitectura. English

**Main Title:** New architecture : an international atlas / Francisco Asensio ; [translation, Mark Holloway, Henry Sire ; editor, Sheila Friedling].

**Published/Created:** New York : Abrams, 2007.

**Description:** 510 p. : col. ill., plans ; 25 cm.

**ISBN:** 0810992825
        9780810992825

**CALL NUMBER:** NA680 .A8213 2007
            Copy 1
-- **Request in:** Jefferson or Adams Bldg General or Area Studies Reading Rms
   -- **Status:** Not Charged

**CALL NUMBER:** NA680 .A8213 2007 FT MEADE
            Copy 2
-- **Request in:** Main or Science/Business Reading Rms - STORED OFFSITE
   -- **Status:** Not Charged

◀ **Previous   Next** ▶

| Save, Print or Email Records (View Help) |
| --- |
| Select Download Format: Text (Brief Information)    **Press to SAVE or PRINT** |
| Email Text (Full Info) to: |
| **Press to SEND EMAIL** |

Help – Search – History – *Headings* – Titles – Request – Account – Databases – Exit



**The Library of Congress**
URL:
http://www.loc.gov/
*Mailing Address:*
101 Independence
Ave, S.E.
Washington, DC 20540

**Catalog/authority record errors?**
Use our Error Report Form
**Questions about searching?**
Ask a Librarian

**Library of Congress Online Catalog**
*URL:* http://catalog.loc.gov/
**Library of Congress Authorities**
*URL:* http://authorities.loc.gov/

```
Type of Work:        Text

Registration Number / Date:
                     TX0006562591 / 2007-04-24

Title:               New architecture : an international atlas.

Copyright Claimant:
                     Harry N. Abrams

Date of Creation:    2006

Date of Publication:
                     2007-03-01

Previous Registration:
                     Preexisting material: translated from French edition.

Basis of Claim:      New Matter: translated into English.

Copyright Note:      Cataloged from appl. only.

Names:               Abrams, Harry N.
```

================================================================================



**EXHIBIT B:** COPYRIGHT REGISTRATION CERTIFICATES

```
Type of Work:        Text

Registration Number / Date:
                     TX0006562545 / 2007-04-24

Title:               DesignDesign furniture & lights.

Copyright Claimant:
                     Harry N. Abrams, Inc.

Date of Creation:    2006

Date of Publication:
                     2007-03-01

Previous Registration:
                     Pub. in English, 2005.

Basis of Claim:      New Matter: Americanization of text for North American ed.

Copyright Note:      Cataloged from appl. only.

Names:               Harry N. Abrams, Inc.
================================================================================
```

```
          Barnes & Noble Bookseller
                 555 Fifth Ave
                New York, NY 10017
        212-697-3048 01-14-08 S02234 R003

Design Design: Furniture          40.00
9780810992948

SUB TOTAL                         40.00
SALES TAX                          3.35
TOTAL                            43.35
AMOUNT TENDERED
CASH                             44.00


TOTAL PAYMENT                     44.00

A MEMBER WOULD HAVE SAVED          8.00

CHANGE                             .65
        Thank You for shopping at
          Barnes & Noble Booksellers
     #217373 01-14-08 01:39P bw
```

```
Type of Work:        Text

Registration Number / Date:
                     TX0006562591 / 2007-04-24

Title:               New architecture : an international atlas.

Copyright Claimant:
                     Harry N. Abrams

Date of Creation:    2006

Date of Publication:
                     2007-03-01

Previous Registration:
                     Preexisting material: translated from French edition.

Basis of Claim:      New Matter: translated into English.

Copyright Note:      Cataloged from appl. only.

Names:               Abrams, Harry N.
```

===============================================================================