UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
ATRIUM GROUP DE EDICIONES Y
PUBLICACIONES, S.L., FRANCISCO ASENSIO,
                            Plaintiff(s),                CASE NO. 08 CV 01569
      -against-

HARRY N. ABRAMS, INCORPORATED,
JOHN DOES 1-10,                                   **AFFIDAVIT OF SERVICE**
                            Defendant(s).
-----------------------------------------------------------X
STATE OF NEW YORK    )
                            s.s :
COUNTY OF NEW YORK  )

       BOBBY ALI, being duly sworn, deposes and says that he is an employee of KEATING & WALKER ATTORNEY SERVICE, INC., is over the age of eighteen years and is not a party to the action.
       That on the 15th day of February, 2008, at approximately 1:08 p.m., deponent served a true copy of the **SUMMONS IN A CIVIL ACTION; COMPLAINT together with EXHIBITS; JUDGES' RULES and ECF FILING INSTRUCTIONS** upon HARRY N. ABRAMS, INCORPORATED at 115 West 18th Street, 6th Floor, New York, New York by personally delivering and leaving the same with Rhea E. Siegel, Contract Manager, who is authorized by appointment to accept service.
       Rhea E. Siegel is a white female, approximately 48 years of age, is approximately 5 feet and 3 inches tall, weighs approximately 175 pounds, with medium length light brown hair and light eyes and was wearing glasses.

Sworn to before me this
21st day of February, 2008

                                                              BOBBY ALI #871612

MICHAEL J. KEATING
NOTARY PUBLIC, STATE OF NEW YORK
Reg. No. 01-KE-4851559
Qualified in New York County
Commission expires February 3, 2010