UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT NEW YORK
---------------------------------------x
ATRIUM GROUP DE EDICIONES Y
PUBLICACIONES, S.L., FRANCISCO
ASENSIO,

        Plaintiffs,

    v.

HARRY N. ABRAMS, INCORPORATED,
JOHN DOES 1-10,

        Defendants.
---------------------------------------x

Civil Action No. 08-CV-01569 (CM)

*Electronically Filed*

**STIPULATION**

IT IS HEREBY STIPULATED AND AGREED, by and between the parties through their respective undersigned counsel, that the time for defendant Harry N. Abrams, Inc. to respond to the complaint is March 17, 2008, pursuant to the terms of plaintiffs' Summons.

Dated: New York, New York
      March 5, 2008

DAVIS WRIGHT TREMAINE LLP

By: _____
    Edward J. Davis (ED 1266)
    Deborah A. Adler (DA 0909)

1633 Broadway
New York, New York 10019
Telephone: (212) 489-8230
Fax: (212) 489-8340
*Attorneys for Harry N. Abrams, Inc.*

Dated: New York, New York
      March 5, 2008

THE LAW OFFICES OF BARRY E.
JANAY, P.C.

By: _____
    Barry E. Janay (BJ 9311)

NYC 194163v1 0065528-000010

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/7/08

33 Maiden Lane, Floor 9
New York, NY 10038
Tel: 646-652-6206
Fax: 208-693-6720

Zeynel Karcioglu (ZMK 7931)
36 East 20th St., 6th Floor
New York, NY 10003
Tel: 212-505-6933
Fax: 646-219-4517

*Attorneys for Plaintiffs Atrium Group De Ediciones Y Publicaciones, S.L., Francisco Asensio*

Dated: New York, New York
March __, 2008

SO ORDERED:

_____
Colleen McMahon, USDJ