

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT NEW YORK
----------------------------------x

| | |
|---|---|
| ATRIUM GROUP DE EDICIONES Y PUBLICACIONES, S.L., FRANCISCO ASENSIO, <br><br> Plaintiffs, <br><br> v. <br><br> HARRY N. ABRAMS, INCORPORATED, JOHN DOES 1-10, <br><br> Defendants. | Civil Action No. 08-CV-01569 (CM) <br><br> *Electronically Filed* <br><br> **STIPULATION** |

----------------------------------x

   IT IS HEREBY STIPULATED AND AGREED, by and between the parties through their respective undersigned counsel, that the time for defendant Harry N. Abrams, Inc. to respond to the complaint is extended to April 17, 2008.

   Accordingly, the parties respectfully request that the deadline for the parties to submit a conforming case management plan be extended to April 22, 2008; that if the parties fail to agree upon such a plan, the parties appear for a conference on May 9, 2008.

Dated: New York, New York
       March 11, 2008

                                        DAVIS WRIGHT TREMAINE LLP

                                        By: _____
                                            Edward J. Davis (ED 1266)
                                            Deborah A. Adler (DA 0909)

                                        1633 Broadway
                                        New York, New York 10019
                                        Telephone: (212) 489-8230
                                        Fax: (212) 489-8340
                                        *Attorneys for Harry N. Abrams, Inc.*

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/14/08

*OK, but you are using up your discovery time!*

NYC 194364v1 0065528-000010

Dated: New York, New York
March 14, 2008

ZEYNEL KARCIOGLU, ESQ

By _____
Zeynel Karcioglu (ZK 7931)

36 East 20th St., 6th Floor
New York, NY 10003
Tel: 212-505-6933
Fax: 646-219-4517

THE LAW OFFICES OF BARRY E. JANAY
Barry E. Janay
33 Maiden Lane, Floor 9
New York, NY 10038
Tel: 646-652-6206
Fax: 208-693-6720

*Attorneys for Plaintiffs Atrium Group De Ediciones Y Publicaciones, S.L., Francisco Asensio*

Dated: New York, New York
March 14, 2008

SO ORDERED:

_____
Colleen McMahon, USDJ