UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x

ATRIUM GROUP DE EDICIONES Y
PUBLICACIONES, S.L., FRANCISCO
ASENSIO,

                Plaintiff,

        - against -

HARRY N. ABRAMS, INCORPORATED,
JOHN DOES 1-10,

                Defendants.

------------------------------------------------------------- x

08 Civ. 01569 (CM)

**NOTICE OF APPEARANCE**

      PLEASE TAKE NOTICE that Edward J. Davis, Esq. and Deborah A. Adler, Esq., both of DAVIS WRIGHT TREMAINE LLP, hereby enter their appearances as counsel for defendant Harry N. Abrams, Inc. in the above-captioned action, and request that notice of all matters arising herein, and all documents and papers in this case, be served on the undersigned attorneys at the address stated below.

Dated: New York, New York
       April 10, 2008

                                             DAVIS WRIGHT TREMAINE LLP

                                             By: _____
                                                Edward J. Davis (ED 1266)
                                                Deborah A. Adler (DA 0909)
                                                1633 Broadway
                                                New York, New York 10019
                                                212-489-8230

                                                Electronic Addresses:
                                                edwarddavis@dwt.com
                                                deborahadler@dwt.com

TO:
       Clerk of the Court
       United States District Court
       500 Pearl Street
       New York, NY 10007

NYC 194623v1 0065528-000010

<u>Counsel of Record for Plaintiffs</u>

Zeynel M. Karcioglu, Esq.
36 East 20th St., 6th Floor
New York, NY 10003
zeynel@karcioglu-law.com

Barry E. Janay
The Law Offices of Barry E. Janay
33 Maiden Lane, Floor 9
New York, NY 10038
bjanay@lobej.com