UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT NEW YORK
-------------------------------------------------------------- x

ATRIUM GROUP DE EDICIONES Y
PUBLICACIONES, S.L., FRANCISCO
ASENSIO,

                 Plaintiffs,

v.

HARRY N. ABRAMS, INCORPORATED,
JOHN DOES 1-10,
                 Defendants.

-------------------------------------------------------------- x

Civil Action No. 08-CV-01569 (CM)

*Electronically Filed*

**RULE 7.1 DISCLOSURE STATEMENT**

      Defendant Harry N. Abrams, Inc., by and through its attorneys, Davis Wright Tremaine LLP, represents that no publicly held corporation owns 10% or more of its stock.

Dated: New York, New York
       April 17, 2008

                                     DAVIS WRIGHT TREMAINE LLP

                                     By: _____
                                        Edward J. Davis (ED 1266)
                                        Deborah A. Adler (DA 0909)

                                   1633 Broadway
                                   New York, New York 10019
                                   Telephone: (212) 489-8230
                                   Fax: (212) 489-8340
                                   *Attorneys for Harry N. Abrams, Inc.*