UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT NEW YORK
----------------------------------------------------------------x

| | |
|---|---|
| ATRIUM GROUP DE EDICIONES Y PUBLICACIONES, S.L., FRANCISCO ASENSIO,<br><br>                    Plaintiffs,<br>v.<br><br>HARRY N. ABRAMS, INCORPORATED, JOHN DOES 1-10,<br>                    Defendants. | Civil Action No. 08-CV-01569 (CM)<br><br>*Electronically Filed*<br><br>**NOTICE OF MOTION**<br>**TO DISMISS** |

----------------------------------------------------------------x

      PLEASE TAKE NOTICE that, upon the annexed affidavit of Edward J. Davis, sworn to on April 17, 2008, and the exhibit annexed thereto, the accompanying Memorandum of Law and all other pleadings and proceedings, defendant Harry N. Abrams, Inc. will move before the Honorable Colleen McMahon, United States District Judge, Southern District of New York, on a date and time to be set by the Court, for an order pursuant to Fed. R. Civ. P. 12(b)(6) dismissing the Second, Third, Fourth, Fifth and Sixth causes of action in the complaint of plaintiffs Atrium Group de Ediciones y Publicaciones, S.L., and Francisco Asensio.

      PLEASE TAKE FURTHER NOTICE that, pursuant to the Court's Individual Practices, plaintiffs' answering papers, if any, shall be filed and served no later than May 1, 2008.

Dated: New York, New York
       April 17, 2008

                                              DAVIS WRIGHT TREMAINE LLP

                                              By: _/s/ Edward J. Davis_
                                                  Edward J. Davis (ED 1266)
                                                  Deborah A. Adler (DA 0909)

                                                  1633 Broadway
                                                  New York, New York 10019
                                                  Telephone: (212) 489-8230
                                                  Fax: (212) 489-8340
                                                  *Attorneys for Harry N. Abrams, Inc.*