UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| ATRIUM GROUP DE EDICIONES Y PUBLICACIONES, S.L., FRANCISCO ASENSIO, <br><br> Plaintiffs, <br><br> vs. <br><br> HARRY ABRAMS, INCORPORATED, JOHN DOES 1-10, <br><br> Defendants. | Case No.: 08 Civ. 01569 (CM) <br><br> *Electronically Filed* <br><br><br> **CERTIFICATE OF SERVICE** |

I, MEGAN DUFFY, associated with Davis Wright Tremaine LLP, attorneys for Defendant, Harry Abrams, Incorporated certify:

I am over eighteen (18) years of age. On this 17TH day of April, 2008, I caused to be served copies of Defendant's RULE 7.1 STATEMENT, NOTICE OF MOTION TO DISMISS, MEMORANDUM OF LAW IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS, AFFIDAVIT OF EDWARD J. DAVIS, and CERTIFICATE OF SERVICE on the following individuals BY ECF:

> Barry E. Janay
> The Law Offices of Barry E. Janay, P.C.
> 33 Maiden Lane, 9th Floor
> New York, NY 10038
> bjanay@lobej.com
>
>
> Zeynel Karcioglu, Esq.
> 36 East 20th Street, 6th Floor
> New York, NY 10003
> zeynel@karcioglu-law.com

Pursuant to 28 U.S.C. § 1746, I certify under penalty of perjury that the foregoing

is true and correct.

_____
Megan Duffy

Sworn to before me this
17th April, 2008

_____
Notary Public

AMALIA M. KAPITANELIS
Notary Public, State of New York
No. 01KA4621757
Qualified in New York County
Term Expires September 7, 2010