UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
_____

| | |
|---|---|
| ATRIUM GROUP DE EDICIONES Y PUBLICACIONES, S.L., FRANCISCO ASENSIO, | : : : |
| Plaintiffs, | : : |
| vs. | : : |
| HARRY ABRAMS, INCORPORATED, JOHN DOES 1-10, | : : : |
| Defendants. | : : |

Case No.: 08 Civ. 01569 (CM)

*Electronically Filed*

**CERTIFICATE OF SERVICE**

_____

    I, LESLIE MAJER, associated with Davis Wright Tremaine LLP, attorneys for Defendant, Harry Abrams, Incorporated certify:

    I am over eighteen (18) years of age.  On this 9th day of May, 2008, I caused to be served copies of Defendant's REPLY MEMORANDUM OF LAW IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS and CERTIFICATE OF SERVICE on the following individuals BY ECF:

        Barry E. Janay
        The Law Offices of Barry E. Janay, P.C.
        33 Maiden Lane, 9th Floor
        New York, NY 10038
        bjanay@lobej.com


        Zeynel Karcioglu, Esq.
        36 East 20th Street, 6th Floor
        New York, NY 10003
        zeynel@karcioglu-law.com

Pursuant to 28 U.S.C. § 1746, I certify under penalty of perjury that the foregoing is true and correct.

                                                                    _____
                                                                           Leslie Majer

Sworn to before me this
9TH of May, 2008

_____
Notary Public

AMALIA M. KAPITANELIS
Notary Public, State of New York
No. 01KA4621757
Qualified in New York County
Term Expires September 7, 2010