UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ATRIUM GROUP DE EDICIONES Y PUBLICACIONES, S.L., FRANCISCO ASENSIO,<br><br>                        Plaintiffs<br><br>                  v.<br><br>HARRY N. ABRAMS, INCORPORATED, JOHN DOES 1-10<br><br>                        Defendants. | 08-CV-01569 (CM)<br><br>NOTICE OF MOTION<br>TO WITHDRAW AS COUNSEL<br>AND FOR<br>ATTORNEY'S CHARGING LIEN |

      PLEASE TAKE NOTICE that, upon the Declarations of Zeynel M. Karcioglu, Esq., and the Declaration of Barry E. Janay, Esq., the accompanying Memorandum of Law, and any respective exhibits annexed to the aforementioned documents, as well as upon all other pleadings and proceedings had herein, Plaintiff's counsel will move before the Honorable Colleen McMahon, United States District Judge, Southern District of New York, on a date and time to be set by the Court, for an order granting the application of Plaintiff's counsel:

      (a)  Permitting the undersigned to withdraw as counsel and directing that all proceedings herein are stayed pending Plaintiff securing substitute counsel;

      (b)  Declaring that a settlement agreement has been reached, but no Stipulation of Settlement has as of yet been filed or entered;

      (c)  Adjudicating that, as a result of the work they performed in the above captioned matter and their contingency fee interest in any settlement proceeds as outlined in the Engagement Letter executed on January 15th, 2008 a lien under NY Judiciary Law § 475 exists in favor of The Law Office of Barry E. Janay, P.C. and Zeynel Karcioglu, Esq.;

(d)  Adjudicating and ordering that The Law Office of Barry E. Janay, P.C. and Zeynel M. Karcioglu, Esq. are entitled to payment of past due hourly fees of $2,212.61 as well as twenty-eight thousand four hundred fifty-eight and 60/100 dollars ($28,458.60) which constitutes a percentage of the proceeds payable to the Plaintiff's from Defendant Harry N. Abrams, Inc. as outlined in the settlement agreement for the U.S. matter, and directing that these funds be transferred to The Law Office of Barry E. Janay, P.C., whether they be in the possession or control of the Plaintiffs, Defendant, or Defendant's parent company and party to the settlement agreement La Martinier Groupe, or any of their attorneys or agents;

(e)  In the alternative to the relief requested in (d) above, an award of attorneys fees in *quantum meruit* in the amount of twenty-one thousand two hundred seventy-two dollars and sixty cents ($21,272.60); and

(f)  Granting to The Law Office of Barry E. Janay, P.C. and Zeynel Karcioglu, Esq. such other and further relief which as to this Court seems just, proper, and equitable.

Dated:    New York, New York
          August 12, 2008                    *ATTORNEYS FOR PLAINTIFF*

                                             _____
                                             Barry E. Janay (BJ9311)
                                             The Law Office of Barry E. Janay, P.C.
                                             33 Maiden Lane, Ninth Floor
                                             New York, New York  10038
                                             Tel: 212-742-9403
                                             Fax: 208-693-6720
                                             -and-
                                             Zeynel Karcioglu (ZMK 7931)
                                             36 E. 20th St. 6th Floor
                                             New York, NY  10003
                                             Tel: 212-505-6933
                                             Fax: 646-219-4517

To:

      VIA ECF AND FIRST CLASS MAIL TO

      Edward J. Davis
      Attorney for Defendant Harry N. Abrams, Inc.
      Davis Wright Tremaine LLP
      1633 Broadway, 27th Floor
      New York, NY 10019
      Tel: (212) 603-6431
      Fax: (212) 489-8340
      Email: eddavis@dwt.com

      -and-

      VIA ELECTRONIC MAIL AND FEDERAL EXPRESS
      Atrium Group
      Francisco Asensio, President
      Edificios Trade Gran Vía Carlos III, 84,
      08028 Barcelona, SPAIN
      Tel:  +34. 93 254 0099
      Fax:  +34. 93 372 1661
      Email:  asensio@atriumgroup.org