# Zeynel Karcioglu, Esq.

86 East 20th St. 6th Fl.
New York, NY 10003
Tel: (212) 505-6933
Fax: (646) 219-4517

**MEMO ENDORSED** August 20, 2008

*Via Hand Delivery*
Honorable Colleen McMahon
United States District Judge
United States Courthouse
500 Pearl St., Room 640
New York, NY 10007

8/22/08
Motion is withdrawn and case is closed.

Re: *Atrium Group De Ediciones Y Publicaciones, S.L., v. v. Harry N. Abrams, Inc.* 08-cv-01569 (CM)

Dear Judge McMahon,

The undersigned represent Plaintiffs Atrium Group De Ediciones Y Publicaciones, S.L. and Francisco Asensio (collectively, "Plaintiffs") in the above-captioned action. We are pleased to inform the Court that we have met with Plaintiffs and all legal fees in connection with this matter have been satisfied. We hereby wish to withdraw the Motion to Withdraw and For Attorney's Charging Lien currently pending before the Court.

Accordingly, we have filed a Stipulation of Dismissal in this action to be So Ordered by Your Honor.

Sincerely,

Zeynel Karcioglu

Barry E. Janay, Esq.
Co-counsel for Plaintiffs

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/25/08

cc: Edward Davis, Esq. (Attorney for Defendant)
F. Asensio (Plaintiff)