```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/25/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT NEW YORK

----------------------------------------- x

ATRIUM GROUP DE EDICIONES Y
PUBLICACIONES, S.L., FRANCISCO
ASENSIO,

              Plaintiffs,

          v.

HARRY N. ABRAMS, INCORPORATED,
JOHN DOES 1-10,

              Defendants.

----------------------------------------- x

Civil Action No. 08-CV-01569 (CM)

STIPULATION OF DISMISSAL
AND ORDER

WHEREAS, on or about July 30, 2008, the parties to the above-captioned action

executed a final agreement to settle the claims raised in this matter;

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned

counsel for plaintiffs Atrium Group de Ediciones y Publicaciones, S.L., and Francisco Asensio,

and defendant Harry N. Abrams, Inc., pursuant to Rule 41 of the Federal Rules of Civil

Procedure, that the above-captioned action be dismissed with prejudice in its entirety, without

costs to either party.

Dated: New York, New York
       August 20, 2008

THE LAW OFFICE OF BARRY E. JANAY, P.C.

By: _____
Barry E. Janay (BJ 9311)
33 Maiden Lane
Ninth Floor
New York, NY 10038
Tel: 212-742-9403

*Attorneys for plaintiffs Atrium Group de
Ediciones y Publicaciones, S.L., and
Francisco Asensio*

DAVIS WRIGHT TREMAINE LLP

By: _____
Edward J. Davis (ED 1266)
Deborah A. Adler (DA 0909)

1633 Broadway
New York, New York 10019
Tel: (212) 489-8230

*Attorneys for defendant Harry N. Abrams, Inc*

DWT 11486379v2 0065528-000010

Pursuant to the foregoing, it is SO ORDERED that this action is dismissed with prejudice.

COLLEN MCMAHON
UNITED STATES DISTRICT JUDGE

August 22 , 2008
New York, New York